James A. OWENS, Appellant, v. Margaret E. OWENS, Respondent.
(295 S. E. (2d) 338)

## ORDER

October 11, 1982.

We granted appellant's request for supersedeas on August 25, 1982. This matter is now before the Court by way of a Petition for Rehearing of Appellant's Petition for Writ of Supersedeas.

We do not recognize this procedure nor do the Rules of Practice of the Supreme Court provide for a motion to rehear a supersedeas. Accordingly, this petition is denied without consideration on the merits.

This order shall be published with the opinions of this Court.